IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID KING,                                                    No. CIV S-07-2787-FCD-CMK-P

        Plaintiff,

  vs.                                                                  <u>ORDER</u>

T.M. PEBLER,

        Defendant.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 8).

        On December 28, 2007, the court dismissed plaintiff's complaint with leave to amend and directed plaintiff to file a first amended complaint within 30 days.  Plaintiff now seeks an extension of that deadline.  Plaintiff states that he cannot prepare an amended complaint until defendant responds to his request for production of documents made pursuant to Federal Rule of Civil Procedure 34.  Plaintiff is advised that, until defendant files an answer to the complaint, this case is not at issue and discovery may not proceed.  Nonetheless, in the interest of justice, the court will grant plaintiff additional time to file an amended complaint.  Plaintiff is

1 cautioned that failure to file an amended complaint within the time provided may result in
2 dismissal of this action for lack of prosecution and failure to comply with court orders and rules.
3 <u>See</u> Local Rule 11-110.
4        Accordingly, IT IS HEREBY ORDERED that:
5        1.    Plaintiff's motion for an extension of time is granted; and
6        2.    Plaintiff shall file a first amended complaint within 30 days of the date of
7 service of this order.

 DATED: January 16, 2008

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE