IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID KING,                                                    No. CIV S-07-2787-FCD-CMK-P

        Plaintiff,

  vs.                                                                    ORDER

T.M. PEBLER,

        Defendant.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On April 2, 2008, plaintiff filed a document seeking production of documents by defendant Pebler.  The document will be disregarded because the court has not yet issued any order allowing discovery.  Plaintiff is advised that such an order will be issued once defendant Pebler has appeared and filed an answer.  Further, plaintiff is advised that discovery requests should be served on defendant directly and not filed with the court unless required incident to a motion to compel.

        IT IS SO ORDERED.

DATED: April 14, 2008

                                                  _____
                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE