# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID KING,                                   No. CIV S-07-2787-FCD-CMK-P

    Plaintiff,

  vs.                                                     ORDER

T.M. PEBLER,

    Defendant.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On September 24, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  Timely objections to the findings and recommendations have been filed.

/ / /

/ / /

/ / /

1

1 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 24, 2008, are adopted in full;

2. Defendant's motion to dismiss (Doc. 16) is granted;

3. This action is dismissed; and

4. The Clerk of the Court is directed to enter judgment and close this file.

DATED: October 23, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE